**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00395-CR**
_____

**JOLEE MARIE LOWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 28241**

_____

**MEMORANDUM OPINION**

In an open plea, appellant Jolee Marie Lowe pleaded guilty to possession of a controlled substance, a second-degree felony. *See* Tex. Health & Safety Code Ann. § 481.115(a), (d). After conducting a sentencing hearing, the trial court assessed Lowe's punishment at ten years of confinement.

Lowe's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See*

1

*Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On March 31, 2025, we granted an extension of time for Lowe to file a pro se brief. We received no response from Lowe.

Upon receiving an *Anders* brief, this Court must conduct a full examination of all the proceedings to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988) (citing *Anders*, 386 U.S. at 744). We have reviewed the entire record and counsel's brief, and we have found nothing that would arguably support the appeal. *Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005) ("Due to the nature of *Anders* briefs, by indicating in the opinion that it considered the issues raised in the briefs and reviewed the record for reversible error but found none, the court of appeals met the requirements of Texas Rule of Appellate Procedure 47.1."). Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

---

[1] Lowe may challenge our decision in this case by filing a petition of discretionary review with the Texas Court of Criminal Appeals. *See* Tex. R. App. P. 68.1.

AFFIRMED.

JAY WRIGHT
Justice

Submitted on July 7, 2025
Opinion Delivered July 9, 2025
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.